FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0267

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0267

EDMUND LANGLOIS,

      Appellant,

vs.

ESTATE OF BARBARA KAY LEWIS,

      Appellee.

**ORDER GRANTING EXTENSION OF TIME**

Upon consideration of Appellee's Unopposed Motion for Extension of Time to File Answer Brief and Affidavit in Support, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 16, 2022, within which to file Appellee's Answer Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2022